IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LIZ ZHANG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-1477-L** |
| | § | |
| **UNIVERSITY OF TEXAS AT DALLAS,** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The court is in the process of reviewing and preparing an order addressing the parties' briefing and related materials that were submitted in connection with Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 21), filed January 17, 2025, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 29), filed April 22, 2025.  Before the court was able to issue its ruling, Plaintiff filed a Motion for Leave to File Third Amended Complaint (Doc. 32) on July 28, 2025.  The court has not set a briefing schedule for the Motion for Leave, and Defendant's response to this Motion is not due under this district's Local Civil Rules until August 18, 2025.  **To avoid delaying the court's ruling as to the earlier filings, it directs the parties to not file anything further in this case, either in connection with the Motion for Leave or any other matter, until after the court rules on the Motion to Dismiss and Plaintiff's objections to the Report.**[*]  After issuing a ruling regarding the earlier filings, the court will set, as necessary, a briefing schedule for Plaintiff's Motion for Leave.

---

[*] Briefing in response to the Report was ripe on May 19, 2025, when Defendant responded to Plaintiff's objections to the Report.

**Order – Page 1**

**It is so ordered** this 30th day of July, 2025.

Sam A. Lindsay
United States District Judge