IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LI ZHANG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-1477-L** |
| | § | |
| **UNIVERSITY OF TEXAS AT DALLAS,** | § | |
| | § | |
| Defendant. | § | |

**MEDIATION ORDER**

After reviewing the Joint Status Report filed in this case, the court **determines** that this case is appropriate for mediation. The parties are therefore **directed** to participate in mediation by **April 2, 2027.**

All parties shall appear **in person,** unless otherwise allowed in this order, before a mediator of the parties' mutual choosing and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. The mediator shall submit a report to the court within three business days of the mediation.

The court will excuse the in-person requirement **only** if a motion is filed at least three weeks before the scheduled mediation, provided the motion establishes that good cause exists for the court to lift the in-person requirement. **The court has observed that settlements are reached more frequently if the parties appear in person.** The parties, of course, may settle or resolve this action without the use of a mediator any time prior to the deadline herein set forth. To reduce costs to the parties, the court will allow a Magistrate Judge to conduct a settlement conference or mediation if such a request is made by the parties.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

**It is so ordered** this 1st day of September, 2026.

Sam A. Lindsay
United States District Judge